FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1164-L |
| Plaintiff, ) | |
| ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| FERNANDO PALMA-RIVAS, ) | - Bringing in Illegal Aliens and |
| ) | Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about April 2, 2008, within the Southern District of California, defendant FERNANDO PALMA-RIVAS, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Luis Pena-Dominguez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: <u>April 17, 2008</u>.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/17/08