AO 455 (Rev. 5/85)  Waiver of Indictment



**FILED**

APR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ CF _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FERNANDO PALMA-RIVAS

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR 1164L_
_08 MJ 8251_

I, FERNANDO PALMA-RIVAS, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __4/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Fernaldo Rivas Palma_

Defendant

_G. Obernauer_

Defense Counsel

Before _____
Judicial Officer

Translated into Spanish by me
on this day _____
4/14/08        FRANCIS YOUNG