## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

KENNETH O. YOUNG
Chief Probation Officer

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6650

June 3, 2008



The Honorable M. James Lorenz
U.S. District Judge
Southern District of California
San Diego, California

Re:   PALMA-Rivas, Fernando
Dkt. No. 08CR01164-001-L
**Request for Status Hearing**

Dear Judge Lorenz:

On May 1, 2008, the defendant pleaded guilty to a single-count of 8 U.S.C § 1324(a)(1)(A)(i) and (v)(II), Bringing in an Illegal Alien and Aiding and Abetting. On the same day, Your Honor referred the matter to the U.S. Probation Department with instructions of completing a presentence report. Sentencing of the defendant is scheduled for July 14, 2008, at 8:30 a.m.

The purpose of this letter is to make The Court aware the probation department has been unable to interview the defendant. At present, the defendant is being housed at the Imperial County Jail (ICJ) in El Centro, California. When this probation officer contacted defense counsel, Mr. Obenauer, to schedule a presentence interview, he advised he did not want to conduct the interview via video conference. It should be noted, conducting a video conference is standard practice of the probation office for defendant's placed at ICJ. Mr. Obenauer advised the defendant undersigned he would assist in having his client transferred to another facility near San Diego, However, as of this writing, this has not occurred. Consequently, the undersigned is unable to proceed with the investigation process.

Per your clerk, the available date for a status conference is Monday June 9, 2008. It is the hope of this officer the matter can be resolved at this time.

Re: PALMA-Rivas, Fernando                                   June 3, 2008
Dkt. No. 08CR01164-001-L                                         Page 2

It additional information is needed, please contact the undersigned at (619) 409-5140.

                                              Respectfully submitted,

                                              KENNETH O. YOUNG
                                              CHIEF PROBATION OFFICER

                                              By:

                                              Cameron Ervin
                                              U.S. Probation Officer

/ce

cc:   Carlos Cantu, Special Assistant United States Attorney
       Gregory D. Obenauer, Defense Counsel

Reviewed by: _____
                  Frank Pucharski
                  Supervising U.S. Probation Officer

                                      IT IS SO ORDERED.
                                      DATED 6/5/08

                                      M. JAMES LORENZ
                                      UNITED STATES DISTRICT JUDGE