UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
08 AUG 18 AM 10:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   M. James Lorenz
FROM:   C. Ecija,   Deputy Clerk   RECEIVED DATE:   08/14/08
CASE NO.:   08cr1164   DOCUMENT FILED BY:   Xochitl A. Rivas
CASE TITLE:   USA v. Palma-Rivas
DOCUMENT ENTITLED:   Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Ex Parte Communication (Local Rule 83.9) w/ no English translation |

Date forwarded: _____

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes   Court Copy retained by chambers ☐

*Please forward copy to counsel of record.*

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:   Lorenz

Dated: 8/15/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

Honorable Juez Lorenz:

Esta carta es con respecto a Fernando Palma Rivas a quien conozco desde hace 3 años, empezamos a vivir juntos desde hace dos años y estamos casados legalmente desde el año pasado; tenemos dos hijos niño y niña.

Fernando es un hombre noble y muy responsable con sus obligaciones y nunca es violento y es extremadamente cariñoso y cuidadoso conmigo y con sus hijos

No tiene vicios y el primero de Abril terminó una corta carrera de 7 meses en el CTE del Centro, Ca. y ya tenía una cita de trabajo el día 3 del mismo mes.

Las cosas fueron difíciles para el porque no podía trabajar mucho a causa de la escuela, cuando podía se iva al fill y otras veces a descargar camiones en las palmas, un tianguis y tambien hacia trabajos de